**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PIXLEY, MITCHELL ROSS § | Case No. 11-80348 |
| PIXLEY, DONNA ADRIEANNE § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY            </u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

    The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
    211 South Court Street
    Room 110
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 06/27/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                            By:     /s/ STEPHEN G. BALSLEY
                                                       Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: PIXLEY, MITCHELL ROSS § Case No. 11-80348
      PIXLEY, DONNA ADRIEANNE §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 7,440.00 |
| *and approved disbursements of* | $ 100.00 |
| *leaving a balance on hand of* [1] | $ 7,340.00 |
| **Balance on hand:** | $ 7,340.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Bank of America, N.A. | 41,318.51 | 0.00 | 0.00 | 0.00 |
| 12 | CitiMortgage, Inc. | 385,594.60 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,340.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,494.00 | 0.00 | 1,494.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,494.00 |
| Remaining balance: | $ 5,846.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,846.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,846.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,045.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 470.56 | 0.00 | 45.81 |
| 2 | Department Stores National Bank/Macy's | 773.49 | 0.00 | 75.31 |
| 3 | FIA Card Services aka Bank of America | 4,565.92 | 0.00 | 444.54 |
| 4 | National Education Ser | 19,398.44 | 0.00 | 1,888.63 |
| 5 | Portfolio Recovery Associates, LLC | 12,021.00 | 0.00 | 1,170.37 |
| 6 | Portfolio Recovery Associates | 3,923.96 | 0.00 | 382.04 |
| 8 | Portfolio Recovery Associates, LLC | 3,533.55 | 0.00 | 344.03 |
| 9 | BACK BOWL I LLC | 2,149.93 | 0.00 | 209.32 |
| 10 | Candica, L.L.C. | 8,676.62 | 0.00 | 844.76 |
| 11 | BACK BOWL I LLC | 1,341.25 | 0.00 | 130.58 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Portfolio Recovery Associates, LLC | 1,037.00 | 0.00 | 100.96 |
| 14 | Portfolio Recovery Associates, LLC | 1,102.00 | 0.00 | 107.29 |
| 15 | CANDICA L.L.C. | 1,051.31 | 0.00 | 102.36 |
| 16 | FIA CARD SERVICES, N.A. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 5,846.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-80348-MB
Mitchell Ross Pixley                                                    Chapter 7
Donna Adrieanne Pixley
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: May 24, 2012
                              Form ID: pdf006            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2012.
db/jdb      #+Mitchell Ross Pixley,    Donna Adrieanne Pixley,    342 Foxford Drive,    Cary, IL 60013-1172
16726647      Abn Amro Mortgage Grou,    Attn: Bankruptcy Dept,    PO Box 79022, MS 322,    Saint Louis, MO 63179
16726648     +Advocate Good Shepherd Hospital,    450 West Highway 22,    Barrington, IL 60010-1999
16821869     +BAC Home Loans Servicing, LP,    c/o Prober & Raphael, a Law Corporation,
               20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
16726649     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16726650      Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
16726651     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16932403     +Bank of America, N.A.,    c/o BAC Home Loans Servicing, LP,    Bankruptcy Department,
               Mail Stop: CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
16726652     +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
16726653    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16726654     +Centegra Health System,    Attn: Bankruptcy Dept.,    PO Box 5995,    Peoria, IL 61601-5995
16726655     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
16930288      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16726656     +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20432,
               Kansas City, MO 64195-0432
17085860     +CitiMortgage, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
16782520     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
16726657     +Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18471123      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16823832      FIA Card Services aka Bank of America,    c o Becket and Lee LLP,    POB 3001,
               Malvern, PA 19355-0701
16977573     +FIA Card Services, NA as successor in interest to,    Bank of America NA and MBNA America Bank,
               1000 Samoset Drive,    DE5-023-03-03,    Newark, DE 19713-6000
16726659     +Harris & Harris, LTD,    222 Merchandise Mrt Plaza, Ste 1900,    Chicago, IL 60654-1421
16726660     +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16726661     +Midstate Collection So,    Po Box 3292,    Champaign, IL 61826-3292
16726662     +National Education Ser,    200 W Monroe St Ste 700,    Chicago, IL 60606-5057
17283582    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA  23541)
16726664     +Sherman Hospital,    1425 Randall Road,    Elgin, IL 60123-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16726646     +E-mail/Text: jpietig@aamsonline.com May 25 2012 05:07:34      Aams,    4800 Mills Civic Pkwy St,
               West Des Moines, IA 50265-5265
16950784     +E-mail/Text: bncmail@w-legal.com May 25 2012 05:31:14      BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17236034     +E-mail/Text: bncmail@w-legal.com May 25 2012 05:31:03      CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17683387     +E-mail/Text: bncmail@w-legal.com May 25 2012 05:31:03      Candica, L.L.C.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
16726658     +E-mail/Text: bankruptcy@hraccounts.com May 25 2012 02:36:49      H & R Accounts Inc,
               7017 John Deer Parkway,    Moline, IL 61265-8072
16726663     +E-mail/PDF: gecsedi@recoverycorp.com May 25 2012 01:57:33      Sams Club,
               Attention: Bankruptcy Department,    Po Box 105968,    Atlanta, GA 30348-5968
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17305914*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates,    PO Box 41067,    Norfolk VA 23541)
17224166*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Citg Consumer,    POB 41067,
               Norfolk VA 23541)
17224165*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,
               Norfolk VA 23541)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez              Page 2 of 3            Date Rcvd: May 24, 2012
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3                 Date Rcvd: May 24, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2012 at the address(es) listed below:

```
          Erick  J Bohlman    on behalf of Debtor Mitchell Pixley abohlman@sbcglobal.net,   jd@bohlmanlaw.com
          Fiona M. Whelan    on behalf of Trustee Lydia Meyer fwhelan00@hotmail.com
          Gloria C  Tsotsos    on behalf of Creditor  CITIMORTGAGE, INC. nd-three@il.cslegal.com
          Jaime  Dowell    on behalf of Plaintiff Donna Pixley jd@bohlmanlaw.com,   ilndnotices@gmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard S Ralston    on behalf of Creditor  CANDICA, L.L.C. richardr@w-legal.com,
           angelan@w-legal.com;adaml@w-legal.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
                                                                                             TOTAL: 7
```