**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PIXLEY, MITCHELL ROSS § Case No. 11-80348
PIXLEY, DONNA ADRIEANNE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $358,800.00          Assets Exempt: $43,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,846.00     Claims Discharged
                                                Without Payment: $60,128.03

Total Expenses of Administration: $1,594.00

3) Total gross receipts of $ 7,440.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,440.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $417,449.00 | $426,913.11 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,594.00 | 1,594.00 | 1,594.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,313.00 | 64,525.64 | 60,045.03 | 5,846.00 |
| **TOTAL DISBURSEMENTS** | $483,762.00 | $493,032.75 | $61,639.03 | $7,440.00 |

4) This case was originally filed under Chapter 7 on January 27, 2011. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012            By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chapter 13 Conversion Funds | 1290-010 | 7,440.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,440.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bank of America, N.A. | 4110-000 | 41,006.00 | 41,318.51 | 0.00 | 0.00 |
| 12 | CitiMortgage, Inc. | 4110-000 | 376,443.00 | 385,594.60 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$417,449.00** | **$426,913.11** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,494.00 | 1,494.00 | 1,494.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $1,594.00 | $1,594.00 | $1,594.00 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department Stores National Bank/Macy's | 7100-000 | 471.00 | 470.56 | 470.56 | 45.81 |
| 2 | Department Stores National Bank/Macy's | 7100-000 | 733.00 | 773.49 | 773.49 | 75.31 |
| 3 | FIA Card Services aka Bank of America | 7100-000 | 4,565.00 | 4,565.92 | 4,565.92 | 444.54 |
| 4 | National Education Ser | 7100-000 | 19,831.00 | 19,398.44 | 19,398.44 | 1,888.63 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 11,338.00 | 12,021.00 | 12,021.00 | 1,170.37 |
| 6 | Portfolio Recovery Associates | 7100-000 | 3,923.00 | 3,923.96 | 3,923.96 | 382.04 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 3,533.00 | 3,533.55 | 3,533.55 | 344.03 |
| 9 | BACK BOWL I LLC | 7100-000 | 2,208.00 | 2,149.93 | 2,149.93 | 209.32 |
| 10 | Candica, L.L.C. | 7100-000 | 8,676.00 | 8,676.62 | 8,676.62 | 844.76 |
| 11 | BACK BOWL I LLC | 7100-000 | 1,341.00 | 1,341.25 | 1,341.25 | 130.58 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | 1,407.00 | 1,037.00 | 1,037.00 | 100.96 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | 1,307.00 | 1,102.00 | 1,102.00 | 107.29 |
| 15 | CANDICA L.L.C. | 7100-000 | 1,051.00 | 1,051.31 | 1,051.31 | 102.36 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 4,480.61 | 0.00 | 0.00 |
| NOTFILED | Aams | 7100-000 | 520.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 415.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 2,322.00 | N/A | N/A | 0.00 |
| NOTFILED | Midstate Collection So | 7100-000 | 1,659.00 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Shepherd Hospital | 7100-000 | 1,013.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,313.00 | $64,525.64 | $60,045.03 | $5,846.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-80348  
**Case Name:** PIXLEY, MITCHELL ROSS  
PIXLEY, DONNA ADRIEANNE  
**Period Ending:** 09/22/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/22/11 (c)  
**§341(a) Meeting Date:** 12/29/11  
**Claims Bar Date:** 04/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chapter 13 Conversion Funds (u) | 7,440.00 | 7,440.00 | | 7,440.00 | FA |
| 2 | 342 Foxford Drive, Cary, IL 60013 | 345,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | ASSET ENTERED IN ERROR<br>    Duplicate entry of Asset No. 2. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Cash with debtors | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account with Bank of America, Crystal L | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account with Bank of America, Crystal L | 60.00 | 0.00 | DA | 0.00 | FA |
| 7 | Savings account with Bank of America, Crystal La | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking account with Cary Bank & Trust, Cary, I | 70.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. household goods with debtors | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. books and CD's with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. clothes with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Misc. jewelry with debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Misc. hobby and sports equipment with debtors | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Owner of Lucilu Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Volkswagen New Beetle with 69,000 miles | 5,100.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1997 Ford Explorer with 114,000 miles | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 17 | ASSET ENTERED IN ERROR<br>    Duplicate entry of Asset No. 2. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | ASSET ENTERED IN ERROR<br>    Duplicate entry of Asset No. 2. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | Assets  Totals (Excluding unknown values) | **$366,240.00** | **$7,440.00** | | **$7,440.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 09/22/2012 03:03 PM    V.13.02

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-80348  
**Case Name:** PIXLEY, MITCHELL ROSS  
　　　　　　　PIXLEY, DONNA ADRIEANNE  
**Period Ending:** 09/22/12

**Trustee:**　　(330410)　STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/22/11 (c)  
**§341(a) Meeting Date:** 12/29/11  
**Claims Bar Date:** 04/20/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**　August 1, 2012　　　**Current Projected Date Of Final Report (TFR):**　May 17, 2012  (Actual)

Printed: 09/22/2012 03:03 PM　　V.13.02

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-80348 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PIXLEY, MITCHELL ROSS | | Bank Name: | The Bank of New York Mellon |
| | PIXLEY, DONNA ADRIEANNE | | Account: | 9200-******96-66 - Checking Account |
| Taxpayer ID #: | **-***4529 | | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 09/22/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/10/12 | {1} | Lydia S. Meyer | Funds received by Chapter 13 Trustee in converted case | 1290-010 | 7,440.00 | | 7,440.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,415.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,390.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,365.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,340.00 |
| 06/27/12 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,494.00, Trustee Compensation; Reference: | 2100-000 | | 1,494.00 | 5,846.00 |
| 06/27/12 | 102 | Department Stores National Bank/Macy's | Dividend paid 9.73% on $470.56; Claim# 1; Filed: $470.56; Reference: | 7100-000 | | 45.81 | 5,800.19 |
| 06/27/12 | 103 | Department Stores National Bank/Macy's | Dividend paid 9.73% on $773.49; Claim# 2; Filed: $773.49; Reference: | 7100-000 | | 75.31 | 5,724.88 |
| 06/27/12 | 104 | FIA Card Services aka Bank of America | Dividend paid 9.73% on $4,565.92; Claim# 3; Filed: $4,565.92; Reference: | 7100-000 | | 444.54 | 5,280.34 |
| 06/27/12 | 105 | National Education Ser | Dividend paid 9.73% on $19,398.44; Claim# 4; Filed: $19,398.44; Reference: | 7100-000 | | 1,888.63 | 3,391.71 |
| 06/27/12 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 9.73% on $12,021.00; Claim# 5; Filed: $12,021.00; Reference: | 7100-000 | | 1,170.37 | 2,221.34 |
| 06/27/12 | 107 | Portfolio Recovery Associates | Dividend paid 9.73% on $3,923.96; Claim# 6; Filed: $3,923.96; Reference: | 7100-000 | | 382.04 | 1,839.30 |
| 06/27/12 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 9.73% on $3,533.55; Claim# 8; Filed: $3,533.55; Reference: | 7100-000 | | 344.03 | 1,495.27 |
| 06/27/12 | 109 | BACK BOWL I LLC | Dividend paid 9.73% on $2,149.93; Claim# 9; Filed: $2,149.93; Reference: | 7100-000 | | 209.32 | 1,285.95 |
| 06/27/12 | 110 | Candica, L.L.C. | Dividend paid 9.73% on $8,676.62; Claim# 10; Filed: $8,676.62; Reference: | 7100-000 | | 844.76 | 441.19 |
| 06/27/12 | 111 | BACK BOWL I LLC | Dividend paid 9.73% on $1,341.25; Claim# 11; Filed: $1,341.25; Reference: | 7100-000 | | 130.58 | 310.61 |
| 06/27/12 | 112 | Portfolio Recovery Associates, LLC | Dividend paid 9.73% on $1,037.00; Claim# 13; Filed: $1,037.00; Reference: | 7100-000 | | 100.96 | 209.65 |
| 06/27/12 | 113 | Portfolio Recovery Associates, LLC | Dividend paid 9.73% on $1,102.00; Claim# 14; Filed: $1,102.00; Reference: | 7100-000 | | 107.29 | 102.36 |
| 06/27/12 | 114 | CANDICA L.L.C. | Dividend paid 9.73% on $1,051.31; Claim# 15; Filed: $1,051.31; Reference: | 7100-000 | | 102.36 | 0.00 |

Subtotals :    $7,440.00    $7,440.00

{} Asset reference(s)    Printed: 09/22/2012 03:03 PM    V.13.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-80348  
**Case Name:** PIXLEY, MITCHELL ROSS  
PIXLEY, DONNA ADRIEANNE  
**Taxpayer ID #:** **-***4529  
**Period Ending:** 09/22/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $296,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **7,440.00** | **7,440.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **7,440.00** | **7,440.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,440.00** | **$7,440.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******96-66** | 7,440.00 | 7,440.00 | 0.00 |
| | $7,440.00 | $7,440.00 | $0.00 |